UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

          Plaintiff,

    v.                                      Case No. 17-cr-142-pp

JEROME T. WHITEHEAD,

          Defendant.

---

**ORDER GRANTING GOVERNMENT'S MOTION FOR PRELIMINARY ORDER OF FORFEITURE (DKT. NO. 17)**

---

On November 8, 2017, the government filed a motion, asking the court to enter a preliminary order of forfeiture under Federal Rule of Criminal Procedure 32.2. Dkt. No. 17. The motion seeks forfeiture of the Taurus, model 709 Slim, 9mm pistol bearing serial number TJU62227, described in the forfeiture notice of the August 8, 2017 indictment. Id. As grounds, the government reminds the court that the defendant pled guilty to Count One of the indictment on October 23, 2017 (see dkt. no. 16), and that, under the plea agreement, the defendant agreed to the entry of a preliminary order of forfeiture (see Dkt. No. 15 at 7, ¶27). Id.

The court **GRANTS** the government's motion for a preliminary order of forfeiture. Dkt. No. 17. The court **ORDERS** that all right, title, and interest in the Taurus, model 709 Slim, 9mm pistol bearing serial number TJU62227, is **PRELIMINARILY FORFEITED** to the United States under Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

1

The court **ORDERS** that the Bureau of Alcohol, Tobacco, Firearms and Explosives, or its duly authorized representative, shall seize item described above immediately.

The court **ORDERS** that under 21 United States Code §853(n)(1), the United States shall publish notice of this order and of its intent to dispose of the property according to law.

The court will recount the terms of this order in the defendant's judgment and commitment order.

Dated in Milwaukee, Wisconsin this 13th day of December, 2017.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**